IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICIA SLATER,
        Plaintiff,

v.                           Civil No. 2:20-cv-00382-JMG

YUM YUM'S 123 ABC,
        Defendant.

## JUDGMENT

**AND NOW**, this 28th day of May, 2021, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 8), and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** that the motion (ECF No. 8) is **GRANTED in part** and **DENIED in part**. **JUDGMENT** is entered in **FAVOR** of Plaintiff Alicia Slater, and **AGAINST** Defendant Yum Yum's 123 ABC, in the total amount of $11,043.18, consisting of $2,436.34 in unpaid overtime wages under the Fair Labor Standards Act (FLSA), $2,436.34 in liquidated damages under the FLSA, $150.00 in damages for conversion, $533.00 in costs, and $5,487.50 in attorney's fees.

The Clerk is directed to **CLOSE** this case statistically.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge